An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

LIBORIUS AGWARA,
                          Appellant,
            vs.
KELECHI AGWARA,
                          Respondent.

No. 67713

FILED

AUG 25 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a divorce decree. On July 13, 2015, this court entered an order to show cause, directing appellant to show cause why this appeal should not be dismissed without prejudice pending final resolution of concurrent bankruptcy proceedings. In addition, appellant has filed a renewed motion for a stay of the enforcement of the divorce decree pending resolution of this appeal. Respondent has filed a response to the order to show cause and a reply in opposition to the motion for stay.[1] Appellant has also filed a motion for an extension of time until October 30, 2015, to file the opening brief and appendix on the ground that the bankruptcy court continues to address matters "which affect[] the issues he may decide to brief and bring before this Court."

Having considered the arguments of the parties, we conclude that judicial efficiency will be best served if this appeal is dismissed

---

[1]We grant respondent's motion for leave to file a brief in excess of 10 pages. The clerk of this court shall file the response and reply brief, provisionally received in this court on August 11, 2015.

SUPREME COURT
OF
NEVADA

(O) 1947A

15-25793

without prejudice to the parties' right to move to reinstate the appeal upon conclusion of the bankruptcy proceedings. Accordingly, we deny the motion for stay, we deny the motion for an extension, and we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:    Hon. Vincent Ochoa, District Judge
George R. Carter
Fine Law Group
Eighth District Court Clerk

Supreme Court
OF
Nevada

(O) 1947A